IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| URSULINE COLLEGE and<br>GANNON UNIVERSITY,<br><br>    Plaintiffs,<br><br>v.<br><br>GREAT MIDWEST ATHLETIC<br>CONFERENCE ("G-MAC"),<br><br>    Defendant. | )  CASE NO. 1:26 CV 1498<br>)<br>)<br>)<br>)<br>)  JUDGE DONALD C. NUGENT<br>)<br>)<br>)<br>)<br>)  <u>**MINUTE ORDER**</u> |

On July 2, 2026, a telephone status conference was held in the above captioned matter

with Counsel for all Parties participating. The Parties advised the Court on the issues presented

in Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Plaintiffs challenge G-MAC's October 2025 decision to remove Ursuline College from

the Great Midwest Athletic Conference. Plaintiffs have formally asked G-MAC to reconsider its

decision and, although a meeting was held in June 2026, Plaintiffs have yet to receive a response.

Plaintiffs ask the Court to issue an order restraining and enjoining G-MAC from terminating or

impairing Ursuline's full G-MAC membership; requiring G-MAC to include Ursuline in 2027-

2028 athletics scheduling activities; and, requiring G-MAC to make Ursuline's membership

determination in compliance with the G-MAC Constitution, Bylaws, and Merger Task Force

policy.

Plaintiffs Motion for a Temporary Restraining Order is hereby DENIED.

G-MAC is hereby granted leave to respond to Plaintiffs' Motion for Preliminary Injunction.  A response is due no later than July 13, 2026.  Plaintiffs may file a reply no later than July 17, 2026.

A Preliminary Injunction Hearing is hereby set for July 20, 2026 at 9:00 a.m.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge


DATED: _July 2, 2026_____

-2-