UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| URSULINE COLLEGE, *et al.,* | ) | CASE NO. 1:26-CV-01498 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| GREAT MIDWEST ATHLETIC | ) | SCHEDULING ORDER |
| CONFERENCE (GMAC), | ) | |
| | ) | |
| Defendant. | | |

Pending is Defendant's Motion to continue the deadline to oppose Plaintiffs' Motion for Preliminary Injunction and to continue the hearing. (R. 6). Plaintiffs filed an Opposition. (R. 7).

On July 13, 2026, the Court held a status conference concerning Plaintiffs' Motion (R. 1 *replaced with R. 9). Attorneys Krista W. Osterfeld and Matthew R. Duncan were present on behalf of Plaintiffs, Ursuline College and Gannon University. Attorneys Matthew J. Cavanagh and David B. Cupar were present on behalf of Defendant, GMAC.

The Court held extensive discussions with counsel concerning the underlying case allegations and posture. The Court ordered the parties to meet and confer to determine the scope of the anticipated hearing on Plaintiffs' Motion for Preliminary Injunction, the evidence to be presented, and the time needed for the hearing. The Court deferred issuing a proposed schedule, instead directing the parties to seek agreement on jointly proposed dates; to determine what limited discovery, if any, is needed; and to delineate the exhibits they intend to use and witnesses they intend to call at the hearing.

In accordance with the parties' agreements, the Court HEREBY GRANTS Defendant's Motion, (R. 6), and ORDERS:

- The hearing on the Motion for Preliminary Injunction is continued from its original date of July 20, 2026 at 9:00 a.m. to **August 6, 2026 at 9:00 a.m.**

- Defendant's Opposition to Plaintiff's Motion shall be filed on or before **July 30, 2026**.

- Plaintiffs' Reply Memorandum shall be filed on or before **August 4, 2026.**

- Plaintiffs will limit the witnesses they intend to call at hearing to those declarants identified in their Motion.

- Plaintiffs will limit the exhibits they intend to use at the hearing to those filed with the Court. Any additional exhibits not yet submitted shall be filed with the Court on or before **July 17, 2026** and shall be supported by affidavit.

- Defendant will limit the exhibits it intends to use at hearing to those Defendant submits with its opposition brief.

IT IS SO ORDERED.

Date: July 15, 2026        s/ *David A. Ruiz*

                           David A. Ruiz
                           United States District Judge