**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Ursuline College et al., | ) | |
| | ) | Case No. 1:26-cv-01498-DAR |
| Plaintiffs, | ) | |
| | ) | Judge David Ruiz |
| vs. | ) | |
| | ) | |
| Great Midwest Athletic Conference, | ) | |
| | ) | |
| Defendant. | ) | |

**G-MAC's Unopposed Motion to Extend Deadline to Respond to Complaint**

In accordance with Fed. Civ. R. 6(b)(1)(A), defendant Great Midwest Athletic Conference ("G-MAC") respectfully moves the Court, unopposed, to extend the current August 12, 2026 deadline to respond to the complaint by 30 days, until September 11, 2026. Plaintiffs have been advised of this motion and consent.

Good cause exists for the extension. During the prior 21 days—during which time G-MAC would ordinarily have been working on a response to the complaint—G-MAC and its counsel were fully occupied by preliminary-injunction briefing and the August 6 hearing. Additional time is needed to analyze the complaint, evaluate the Title IX jurisdictional issue raised by the Court at the hearing, and prepare what will likely be a Rule 12(b) motion to dismiss rather than a simple answer. G-MAC also requires time to incorporate what was learned in the injunction proceedings into its response strategy.

Plaintiffs will suffer no prejudice. The timing of G-MAC's response will not affect the timing of the preliminary-injunction ruling that plaintiffs seek, and no other case deadlines would need to be adjusted.

G-MAC apologizes for filing this motion on the day its response is due. With the dust from the preliminary-injunction process just now clearing, counsel has confirmed that a proper response cannot be completed today and requires the requested extension.

This request is not made for purposes of delay or any improper purpose, but solely because of a genuine need for additional time.

Respectfully submitted,

Dated: August 12, 2026

s/ Matthew J. Cavanagh

David B. Cupar (0071622)
Matthew J. Cavanagh (0079522)
McDonald Hopkins LLC
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Counsel for*
*Great Midwest Athletic Conference*