# CONSTITUTION OF THE
# GREAT MIDWEST ATHLETIC CONFERENCE

## ARTICLE I: NAME

The name of this organization is the Great Midwest Athletic Conference (G-MAC) hereinafter referred to as the "Conference."

## ARTICLE II: MISSION STATEMENT AND PURPOSE

### Section 1 Conference Mission Statement

1.1 The mission of the Conference shall be to develop, enhance, and perpetuate the educational missions of its member institutions through a regional association of diverse, yet like-minded colleges and universities with a common dedication to excellence in intercollegiate athletics. In addition, the Conference is to promote, conduct and regulate competitive sports programs that will assist student-athletes in their successful athletic, academic and personal development**.** Member institutions are committed to enhancing our educational missions through cooperation, and are committed to rules compliance, respect, and fair competition. (*Revised 10/3/2023*)

### Section 2 Purpose

The purpose of the Conference shall be to assist its member institutions to build and maintain intercollegiate athletics programs that are compatible with the highest standards of education and competitive sports. To this end through the orderly establishment and enforcement of legislation the Conference shall:

2.1 Demonstrate that Conference policies make intercollegiate athletics an integral part of the total educational mission of its member institutions.

2.2 Promote, conduct, and regulate intercollegiate athletics among the member institutions of this Conference.

2.3 Demonstrate sound academic practices for and contribute to the total personal development of student-athletes with the goal being graduation.

2.4 Demonstrate excellence in athletic performance by our student-athletes.

2.5 Promote and align its operations and activities with the Division II Strategic Plan, Strategic Positioning Platform, and Division II Strategic Initiatives especially as they pertain to community engagement and game environment.

2.6 Demonstrate a commitment to function as a Division II Model Conference.

2.7 Stimulate good sportsmanship and a positive game environment for players,



EXHIBIT B

coaches, and fans.

2.8 Promote mutual trust and friendly intercollegiate athletic relations between member institutions and their constituent groups.

2.9 Be proactive in assisting member institutions to follow NCAA rules and regulations as they build programs consistent with the principles of the Division II Model Athletic Program.

2.10 Assist member institutions with opportunities for development of their administrators and coaches, and student-athletes.

2.11 Promote active involvement on the part of all constituents in Conference and NCAA governance.

2.12 Demonstrate a commitment to diversity and gender equity.

## ARTICLE III: MEMBERSHIP

### Section 1 Charter Members

Charter members of the Great Midwest Athletic Conference are:

Cedarville University
Central State University
Kentucky Wesleyan College
Trevecca Nazarene University
Urbana University
Ursuline College

### Section 2 National Affiliation

The Conference is a member of the National Collegiate Athletic Association (NCAA) Division II.

### Section 3 Qualification

To be a member of the Conference, institutions must:

3.1 Be fully accredited four-year degree granting private, nonprofit, mission-driven institutions of higher education *(Revised 10/3/2023)*.

3.2 Be active members in good standing of the NCAA or be admitted to the membership process for NCAA Division II and making satisfactory progress in the process to attain active membership.

3.3 Be fully compatible with the goals and aspirations of the Conference, as set forth in the Constitution and Bylaws.

3.4 Be geographically compatible with current Conference members.

### Section 4 Membership Requirements

Members of the Conference agree to:

4.1 Administer their athletics programs in accordance with the Constitution, Bylaws, Operating Codes, and other policies adopted by the Conference and the NCAA.

4.2 Exercise institutional control of their intercollegiate athletics programs as defined by the NCAA.

4.3 Satisfy the Conference sports sponsorship requirements stipulated in the Conference Bylaws**.**

4.3.1 On an annual basis, member institutions are required to notify the conference no later than June 1, of the sports they intend to sponsor for the upcoming academic year. Institutions are required to meet institutional sport sponsorship in all sports identified and annually reported to the NCAA as being sponsored by the Great Midwest Athletic Conference. *(6/18/15, 6/3/20)*

4.3.2 Member institutions who fail to meet annual institutional sport sponsorship in a specific sport and who adversely affect the distribution of NCAA Enhancement Grant dollars to the Conference will be assessed a fine in the amount equal to the scheduled distribution of dollars for each sport listed as sponsored by the conference office. Member institutions who fail to meet annual institutional sport sponsorship in a specific sport will be assessed a fine of $2000 per sport in which the institution failed to sponsor the sport. (6/18/15, 6/3/20, 10/3/2023)

4.3.2.1 Member institutions that fail to or inaccurately inform the conference office of their non-compliance/compliance in meeting sport sponsorship in a specific sport are subject to additional penalties as determined by the Ethics & Eligibility Committee. *(Adopted 6/18/15)*

4.3.3 The Conference Commissioner and/or designee will send notification of the fine to the President/Chancellor of any the institution found in violation of 4.3.1. *(Adopted 6/18/15)*

4.4 Compete in Conference-scheduled, regular-season contests as stipulated in the Conference Bylaws.

4.5 Compete at Conference Championships in all sports they sponsor, provided the Conference declares a champion in that sport.

4.5.1 Institutions who are eligible for the conference championship and who fail to appear and compete in the conference championship will be assessed a fine determined by the Ethics and Eligibility Committee. *(Adopted 10/3/2023)*

**Section 5 New Members**

5.1 New members may be considered by submitting a letter of interest from the institution’s chief executive to the Conference Office. The Conference may

consider institutions that meet the criteria of the Conference Constitution. Other considerations may include, but are not limited to:

5.1.1 Institutions with missions, academic programs, budgets, facilities and geographic location compatible with existing members.

5.1.2 Institutions whose sports sponsorship would be beneficial to Conference competition or to existing Conference member institutions.

5.2 The Conference may require an applicant to sponsor or add sports that would help broaden championship sports opportunities for members.

5.3 Based on a favorable response, the institution may be invited to apply for membership.

**Section 6 New Member Applications**

6.1 Upon review and approval to proceed in the process, the application process and subsequent steps must be followed in accordance with Conference Bylaws governing applicants for membership (see Bylaw 1). An application fee, to be determined by the Presidents Council, may be required.

6.2 Each applicant institution shall be provided a written response from the Chair of the Presidents Council, indicating acceptance or the reason for not being accepted for membership in the Conference.

6.3 Upon admittance, new members shall pay a non-refundable initiation fee of $45,000 in addition to their annual membership fees. (Adopted 10/2/18)

**Section 7 Associate Membership**

7.1 Associate Membership in the Conference may be granted, by a majority vote of the Presidents Council, to institutions desiring membership for specific sports, but not their entire athletic programs.

7.2 An institution applying for Associate Membership must be an active NCAA Division II Member or in the NCAA Division II Membership process and be a “countable” opponent in the sport(s) to which they apply.

7.3 Associate Members may compete in specified sports in accordance with the stipulations set forth in the Conference Bylaws and Operating Codes.

7.4 Associate Members may not vote on any matters pertaining to the Conference other than those matters dealing exclusively with the sport(s) in which it is a member.

**Section 8 Provisional Membership**

8.1 Provisional Membership may be granted by a majority vote of the Presidents Council to institutions applying and not yet admitted to the NCAA Division II New Member process.

8.2 Provisional Members may be included in sports schedules and may have their student-athletes recognized for Conference honors in accordance with the stipulations set forth in the Conference Bylaws and Sports Operating Codes.

8.3 Provisional Members may participate in all levels of Conference governance but may not vote.

**Section 9 Resignation from the Conference**

9.1 A member institution may withdraw from the Conference by sending an official notice of its intent to withdraw to the Chair of the Presidents Council and the Commissioner, not later than June 30. Notification must be a formal letter from the chief executive officer of the institution. Upon receipt of such notification the Commissioner shall notify the President/Chancellor of each active Conference member institution within 48 hours.

9.2 At time of written notice, the resigning institution shall pay a required resignation fee of $100,000. An Associate member of the conference shall pay a required resignation fee of 5 percent of the full member resignation fee per sport at the time of written notice**.** (Adopted 10/2/18, Revised 6/18/2024) (*See 9.9 for additional fees)*

9.3 The withdrawal shall become effective June 30, two years following the filing date.

9.4 A withdrawing member shall remain an active member of the Conference and comply with all Conference regulations, including the payment of assessments and member dues, until the effective withdrawal date.

9.5 A withdrawing member shall not be entitled to any rebate, funds apportionment and/or other accumulated assets of the Conference.

9.6 A withdrawing member remains eligible for Strategic Priorities Fund distribution during the year(s) of active membership.

9.7 A withdrawing member shall be obligated to play all approved athletic competitions with other members in accordance with the Conference schedule up to the effective date of withdrawal. There is no exception to this requirement.

9.8 The withdrawing members will not retain voting privileges on any proposals that extend beyond their final year in the league and must vacate all NCAA and G-MAC Committee appointments and positions upon withdrawal. (*Adopted 10/1/2019*)

9.9 If a withdrawing member is unable to comply with the withdrawal stipulations set forth above, it shall be liable for an additional required fee as follows:

9.9.1 If an institution provides less than two years notification, but more than one year advanced written notification, an additional fee of $100,000 shall be required. (Revised 6/18/2024)

9.9.2 If an institution provides less than one year advanced written notification, an additional fee of $200,000 shall be required. An associate member is required to pay 5 percent of the full member withdrawal fee in 9.9.2 per sport upon withdrawing with less than one year advanced written notification. (See Bylaw 2 Section 2.2 (Revised 10/2/18, 6/18/2024)

**Section 10 Sanctions and Expulsion**

10.1 A member (Full, Provisional, Associate) institution may be placed on probation,

suspended, or expelled for violation of the Constitution, Bylaws, or Operating Codes. Such disciplinary action requires a two-thirds (2/3) vote of the Presidents Council (for purposes of this provision, the offending institution shall not be counted).

10.2 Expulsion shall mean complete (immediate) severance from the Conference; suspension shall mean temporary severance from the Conference under conditions specified by the Presidents Council; and probation shall mean restricted participation in the Conference under conditions specified by the Presidents Council.

10.3 A member institution shall not be entitled to receive any distribution from the Conference after expulsion.

## ARTICLE IV: ORGANIZATIONAL STRUCTURE

The Conference recognizes the importance of broad-based participation, input and responsibility in the development and implementation of an effective intercollegiate athletic conference. Each member institution shall designate representatives to serve on each of the Councils and Conference advisory groups and at any other time necessary to conduct the business of the Conference.

The Conference values a collaborative and collegial decision-making environment; however, the Presidents Council bears the ultimate responsibility for governance of the Conference.

The other Conference Councils and the Commissioner shall be the recommending bodies for the operation and administration of the Conference, under the direction of the Presidents Council.

**Section 1 Presidents Council**

1.1 The voting members of the Presidents Council shall consist of the President or Chancellor of each member institution. The President/Chancellor cannot assign another institutional representative to vote on his/her behalf.

1.1.1 As the NCAA Principle for Institutional Control and Responsibility mandates that an institution's President or Chancellor is responsible for the administration of all aspects of the athletics program, the president/chancellor of the institution is mandated to attend at least one G-MAC Presidents Council meeting in person and may be permitted to attend the second annual in-person meeting through a technological means (video, audio, etc.). (*Adopted 6/19/13)*

1.2 The Council shall serve as the governing board of the Conference and has final

decision-making authority regarding any legislation, policy or activity pertaining to the Conference.

1.2.1 Each member of the Presidents Council shall be charged with responsibility for fulfilling the Conference purposes, for enforcing the institutional standards and controls specified in the Constitution and Bylaws, and for executing the rules and regulations enacted by the Conference for the management and control of intercollegiate athletics at the member institutions.

1.2.2 The Presidents Council shall focus on policy development and delegate operational responsibilities for the Conference to the Athletic Administrators Council, Faculty Athletics Representatives Council, and Conference Student-Athlete Advisory Committee.

1.2.3 Among actions that require review and ratification by the Presidents Council are:

a) Amendments, **additions or removals** to the Constitution and Bylaws.
b) Application for and actions related to Conference membership.
c) Budget of the Conference.
d) Amendments to the Conference financial distribution regulations.
e) Selection and employment of the Conference Commissioner and staff.
f) Annual evaluation of the Commissioner.
g) Location of the Conference office.
h) Other such actions as prescribed by Conference Bylaws.

1.3 The officers of the Presidents Council shall be a Chair and Vice Chair. The Council shall elect the Chair and Vice-Chair at the end of its spring meeting in odd- numbered years.

1.3.1 Terms of office shall be for two years, beginning July 1. Upon conclusion of the term of office for the Chair, the Vice- Chair shall become Chair and serve for two years. A new Vice-Chair shall be elected by the Council.

1.3.2 The duties for these positions shall be those normally incumbent upon such offices.

1.3.3 If the Chair cannot fulfill his/her duties, then the Vice-Chair takes the position and serves for the remainder of that term and the next two year term.

1.4 The Presidents Council shall meet at least twice annually, once in the fall and once in the spring. Meetings shall be held at least two weeks after the meetings of the other Conference Councils. Presidents may also choose to attend the informal joint meeting with other Council members serving as delegates to the NCAA Convention.

1.4.1 The Chair of the Presidents Council in conjunction with the Commissioner

shall be responsible for establishing regular meetings of the Presidents Council, including specific dates, the site and appropriate arrangements for, and presiding over the meeting. In the absence of the Chair, these duties shall be performed by the Vice Chair.

1.4.2 The Chairs of the Athletic Administrators Council and Faculty Athletics Representatives Council shall attend the Presidents Council meetings as non-voting members. The Commissioner shall also attend Presidents Council meetings as a non-voting member.

1.4.3 Special meetings of the Presidents Council may be called at any time by the Chair or by most of the members of the Presidents Council.

1.4.4 The Commissioner or designee shall be responsible for preparing minutes of all Presidents Council meetings.

1.4.5 Approved report of Presidents Council meetings shall be distributed to the members of the Presidents Council.

**Section 2 Joint Council**

2.1 The members of the Joint Council shall be the members of the AAC (AD, SWA) and the FAR from each member institution. The Joint Council is chaired by the AAC Chair and Vice Chair.

2.2 The Joint Council shall review recommendations from the Conference Councils and Committees.

2.2.1 Recommend to the Presidents Council legislation, policy, regulation, or activity pertaining to the Conference.

2.2.2 Review and make recommendations regarding proposals brought by Conference groups.

2.2.3 Review and approve changes to conference operating codes.

2.2.4 Conduct the business and administer the affairs of the Conference in accordance with the Conference Bylaws and Sports Operating Codes.

2.2.5 Provide recommendations for use of Strategic Priorities Fund funds in Strategic Positioning Outcome areas.

2.2.6 Recommend representatives to serve on NCAA Groups and Committees.

2.3 Regular meetings of the Joint Council shall be held at least twice a year, once in the fall and once in the spring.

2.3.1 Meetings shall be at least two weeks prior to the meeting of the Presidents Council.

2.3.2 A joint meeting with other Council members serving as delegates to the NCAA Convention shall take place during the Convention.

2.3.3 The Chair of the Joint Council in conjunction with the Commissioner shall be responsible for establishing regular meetings of the Joint Council, including specific dates, the site and

appropriate arrangements for, and presiding over the meeting. In the absence of the Chair, these duties shall be performed by the Vice Chair.

2.3.4 The Conference Commissioner or designee shall attend Joint Council meetings as a non-voting member.

2.3.5 Special meetings of the Joint Council may be called at any time by the Chair of the Joint Council or by most of the members of the Council.

**Section 3 Athletic Administrators Council**

3.1 The members of the Athletic Administrators Council (AAC) shall consist of each member institution's Director of Athletics and Senior Woman Administrator. Each AD and SWA present at AAC meetings shall have one vote each.

3.2 The Athletic Administrators Council shall carry out the purposes of the Conference in conjunction and coordination with other Conference Councils. Its specific responsibilities include, but are not limited to:

3.2.1 Recommend to the Presidents Council legislation, policy, regulation, or activity pertaining to the Conference.

3.2.2 Review and make recommendations regarding proposals brought by Conference groups.

3.2.3 Conduct the business and administer the affairs of the Conference in accordance with the Conference Bylaws and Operating Codes.

3.2.4 Provide recommendations for use of Strategic Priorities Fund funds in Strategic Positioning Outcome areas.

3.2.5 Recommend representatives to serve on NCAA Groups and Committees.

*3.3* The officers of the Athletic Administrators Council shall be a Chair and Vice Chair. The Council shall elect the Chair and Vice-Chair at the end of its spring meeting in even-numbered years. *(Revised 6/19/13)*

3.3.1 Terms of office shall be for two years, beginning July 1. Upon conclusion of the term of office for the Chair, the Vice-Chair shall become Chair and serve for two years. A new Vice-Chair shall be elected by the Council.

3.3.2 The duties for these positions shall be those normally incumbent upon such offices.

3.3.3 If the Chair cannot fulfill his/her duty, then the Vice-Chair takes the position and serves for the remainder of that term and the next two year term.

3.4 Regular meetings of the Athletic Administrators Council shall be held at least twice a year, once in the fall and once in the spring

3.4.1 Meetings shall be at least two weeks prior to the meeting of the Presidents Council.

3.4.2 Meetings shall be scheduled to coincide with Faculty Athletics

Representatives Council meetings. The Councils shall meet jointly to review each other's actions and to resolve any differences on matters requiring recommendations to the Presidents Council. During joint meetings, both Councils shall vote, and the chair of the Athletic Administrators Council shall chair the meeting. (Revised 10/2/18)

3.4.3 An informal joint meeting with other Council members serving as delegates to the NCAA Convention shall take place during the Convention.

3.4.4 The Chair of the Athletic Administrators Council in conjunction with the Commissioner shall be responsible for establishing regular meetings of the Athletic Administrators Council, including specific dates, the site and appropriate arrangements for, and presiding over the meeting. In the absence of the Chair, these duties shall be performed by the Vice Chair.

3.4.5 The Conference Commissioner shall attend Athletic Administrators Council meetings as a non-voting member.

3.4.6 Special meetings of the Athletic Administrators Council may be called at any time by the Chair of the Athletic Administrators Council or by most of the members of the Council.

3.4.7 Senior Woman Administrators shall meet at least once each year to address issues of concern including development of a Conference philosophy that places a priority on advancing opportunities for women's athletics, recommendations regarding proposed NCAA and/or Conference legislation with particular emphasis on gender equity and student-athlete well-being and recommendations for use of Strategic Priorities Fund funds in the five strategic positioning outcome areas.

**Section 4 Faculty Athletics Representatives Council**

4.1 The voting members of the Faculty Athletics Representatives Council shall consist of a representative from each member institution appointed as the Faculty Athletics Representative by the chief executive officer or by the duly constituted authority of the university/college.

4.2 The Faculty Athletics Representatives Council shall carry out the purposes of the Conference in conjunction and coordination with other Conference Councils. Its specific responsibilities include, but are not limited to:

4.2.1 Review and provide recommendations regarding proposed NCAA and/or Conference legislation with emphasis on academic integrity and eligibility.

4.2.2 Review and provide recommendations relating to issues that involve student-athlete well-being.

4.2.3 Review and provide recommendations relating to legislation, policies and procedures affecting missed class time.

4.2.4 Provide recommendations for use of Strategic Priorities Fund funds in Strategic Positioning Outcome areas.

4.2.5 Recommend representatives to serve on NCAA Groups and Committees.

4.3 The officers of the Faculty Athletics Representatives Council shall be a Chair and Vice Chair. The Council shall elect the Chair and Vice-Chair at the end of its spring meeting in odd-numbered years.

4.3.1 Terms of office shall be for two years, beginning July 1 of each odd-numbered year (e.g., 2023, 2025). Upon conclusion of the term of office for the Chair, the Vice-Chair shall become Chair and serve for two years. A new Vice-Chair shall rotate among active member institutions.

4.3.2 The duties for these positions shall be those normally incumbent upon such offices.

4.3.3 If the Chair cannot fulfill his/her duty, then the Vice-Chair takes the position and serves for the remainder of that term and the next two-year term.

4.4 Regular meetings of the Faculty Athletics Representatives Council shall be held at least twice a year, once in the fall and once in the spring.

4.4.1 Meetings shall be at least two weeks prior to the meeting of the Presidents Council in conjunction with the Athletic Administrators Council. The Councils shall meet jointly to review each other's actions and to resolve any differences on matters requiring recommendations to the Presidents Council. During joint meetings, both Councils shall vote, and the chair of the Athletic Administrators Council shall chair the meeting. (Revised 10/2/18)

4.4.2 An informal joint meeting with other Council members serving as delegates to the NCAA Convention shall take place during the Convention.

4.4.3 The Chair of the Faculty Athletics Representatives Council in conjunction with the Commissioner shall be responsible for establishing regular meetings of the Faculty Athletics Representatives Council, including specific dates, the site and appropriate arrangements for, and presiding over the meeting. In the absence of the Chair, these duties shall be performed by the Vice-Chair.

4.4.4 The Conference Commissioner or designee shall attend Faculty Athletics Representatives Council meetings as a non-voting member.

4.4.5 Special meetings of the Faculty Athletics Representatives Council may be called at any time by the Chair of the Faculty Athletics Representatives Council or by most of the members of the Council.

**Section 5 Conference Commissioner**

The Commissioner shall serve as the chief administrative officer of the Conference and operate an office to maintain the efficient day-to-day operation of the Conference pursuant to authority delegated by the Presidents Council and described in the Bylaws or as directed by the Presidents Council. The Commissioner also hires and supervises a staff that serves to carry out the responsibilities of the Conference Office. The Presidents Council shall employ the Commissioner under whatever terms it establishes.

**Section 6 Committees**

Conference Advisory Groups and Committees shall assist the Councils and the Commissioner in a specific interest area pertaining to the Conference. The Advisory Groups shall serve to coordinate daily operations. Committees may enhance the Conference purposes in specific interest areas. Any of the Councils or the Commissioner may propose establishing a new Advisory Group or Committee for a specific task.

Standing Committees of the Conference shall include: Assessment and Strategic Planning, Athletic Trainers, Awards, Ethics and Eligibility, Championships, Compliance Coordinators, Game Environment, Membership, Sport Specific Coaches, Sports Information Directors, and Student-Athlete Advisory (See Conference Bylaw 6) (Revised 10/2/18)

## ARTICLE V: FINANCES

**Section 1 Fiscal Year**

The fiscal year of the Conference shall be from July 1 of each year to June 30 of the ensuing year.

**Section 2 Budget**

2.1 The Conference Commissioner shall prepare a proposed budget covering all the proposed activities of the Conference for presentation to the Presidents Council at its fall meeting.

2.2 The budget shall include estimates of the general operating expenses of the Conference, and, insofar as possible, specific estimates of items of income and expenditures.

2.3 The Presidents Council shall review and amend the proposed budget, if deemed necessary.

**Section 3 Disbursement Authorization**

3.1 Approval of the budget by the Presidents Council shall serve as authorization for disbursements consistent with the approved budget.

3.2 The Commissioner is authorized to disburse the funds of the Conference only in

accordance with the terms of the budget approved by the Presidents Council and to make further disbursements only when authorized by the Presidents Council.

**Section 4 Reserve Funds**

4.1 The Conference shall maintain a reserve account. The purpose of the reserve is to cover any Conference contractual obligations and financial shortfalls.

4.2 The Conference shall not make any accumulation of its income or reserve funds that are unreasonable in amount or duration.

4.3 The reserve fund will be reviewed, and, when necessary, replenished from surplus income as determined by the Presidents Council at its fall meeting.

**Section 5 Dues and Assessments**

5.1 The Presidents Council shall establish the annual dues and other assessments for member institutions for the subsequent fiscal year at its fall meeting.

*5.2* Application fees and initiation fees for new members may be required. The amount shall be determined by the Presidents Council.

**Section 6 Books, Accounts, Records and Audit**

6.1 The books, accounts, and records of the Conference may be kept at such place or places as the Presidents Council may from time to time determine.

6.2 The books, accounts, and records of the Conference shall be open to inspection by any member institution subject to regulations as prescribed by the Presidents Council.

6.3 The accounts of the Conference shall be audited or reviewed not less than annually by a certified public accountant who shall be designated by the Chair of the Presidents Council and who shall provide a report to the Presidents Council.

## ARTICLE VI: TAX EXEMPT STATUS

**Section 1 Educational Purpose**

The Conference is organized exclusively for educational purposes, including for such purposes as making distributions to organizations that qualify as exempt organizations under 501(c)(3) of the Internal Revenue Code or corresponding section of any future federal tax code.

**Section 2 Benefit**

2.1 No part of the net earnings of the Conference shall insure to the benefit of or be distributable to its members, trustees, officers or other private persons except that the Conference shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Section 1.

2.2 No substantial part of the activities of the Conference shall be the carrying on of

propaganda or otherwise attempting to influence legislation. The Conference shall not participate in or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.

2.3 Notwithstanding any other provision of these articles, the Conference shall not carry on any other activities not specifically permitted to be carried on:

a) by an organization exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code and its regulations as they exist or as they may hereafter be amended, or

b) by an organization contribution to which are deductible under section 170(c)(2) of the Internal Revenue Code or the corresponding section of any future federal tax code.

**Section 3 Disbursement of Assets upon Dissolution**

3.1 In the event that the Conference is dissolved, the Conference shall settle all outstanding financial obligations prior to December 31 of the year in which dissolution of the Conference becomes effective.

3.2 Remaining assets shall then be divided equally among the members in good standing at the time of the vote to dissolve the Conference and which are tax exempt within the meaning of Section 501(c) 3 of the Internal Revenue Service Code or the corresponding section of any future Federal Tax Code.

3.3 Dispersal of assets will be made when all obligations are fulfilled, but in any case, no later than December 31 of the year in which the dissolution of the Conference becomes effective.

## ARTICLE VII: INDEMNIFICATION

Each director, member, or officer of the Conference or member of a Conference Group or Council and each person who serves or has served at the request of the Conference, as a trustee, director, officer, partner, employee, or agent of any other corporation, partnership, joint venture, trust or other enterprise, shall be indemnified by the Conference to the fullest extent permitted. The preceding shall not require the Conference to indemnify any person for any liability, tax, or expense to the extent it results in the imposition of tax under Section 4958 of the Internal Revenue Code. The Conference may purchase and maintain insurance on behalf of any such person against any liability asserted against and incurred by such person in any such capacity or arising out of his or her status as such, whether or not the Conference would have power to indemnify such person against such liability under the preceding sentence. The Conference may, to the extent authorized from time to time by the Council, grant rights to indemnification to employees or agents of the Conference and others to the fullest extent provided under the law.

## ARTICLE VIII: LEGISLATIVE PROCESS

**Section 1 Voting Delegates**

1.1 The member institutions of the Conference shall be entitled to one vote at each meeting of the Presidents Council, Athletic Administrators Council, Faculty Athletics Representatives Council, and the other committees as designated in Constitution Article IV.

1.2 During Joint Council meetings each institution shall be entitled to two votes, one of which must be cast by the Faculty Athletics Representative.

1.3 At any other meeting in which multiple representatives from a member institution are present, the institution is allowed one institutional vote as designated by the President or Chancellor of the institution.

**Section 2 Quorum**

Two-thirds (2/3) or more representatives of members of a Council or Committee shall constitute a quorum at meetings.

**Section 3 Majority**

In all votes occurring during meetings of Councils or Committees designated in Article IV, a simple majority affirmative vote (unless a larger majority is specifically stipulated elsewhere in the Constitution or Bylaws) of those present is required for passage. Any measure not meeting this requirement shall be deemed to have failed.

## ARTICLE IX: AMENDMENTS AND SUSPENSION OF THE CONSTITUTION

**Section 1 Suspension**

Any provisions of this Constitution may be suspended at any time by a unanimous vote of the Presidents Council. Such suspension shall not continue beyond the next regular or called meeting of the Presidents Council or beyond the time so specified by the Council.

**Section 2 Amendments**

2.1 Amendments to the Constitution may be proposed by any Conference Council.

2.2 Constitutional amendments shall be made only at a regular or called meeting by a majority vote of the Presidents Council.

2.3 After recommendation from one or more Conference Councils, proposed amendments must be submitted to the Chair of the Presidents Council at least fourteen (14) days before the meeting at which they will be considered.

2.4 Advance notice may be waived by unanimous vote of the Presidents Council.

2.5 A two-thirds (2/3) majority vote of the Presidents Council is required to amend

the Conference Constitution.

2.6 Amendments shall become effective immediately unless a different time is specified.

2.7 A copy of the revised Constitution shall be distributed by the Chair of the Presidents Council to the members of the Presidents Council within thirty (30) days following the adoption of amendments to the Constitution.

2.8 The Commissioner shall provide copies of the revised Constitution to all Conference Councils and Groups.

## ARTICLE X: BYLAWS

**Section 1 Adoption**

1.1 The Conference may adopt Bylaws by a majority vote of the Presidents Council, as defined in Constitution Article VIII Section 3.

1.2 Bylaws must be consistent with the intent of the Conference Constitution.

**Section 2 Amendments**

2.1 Amendments to the Bylaws and Sports Operating Codes may be proposed by any Conference Council as specified in Constitution Article IV.

2.2 Bylaw amendments shall be made only at a regular or called meeting by a majority vote of the Presidents Council as stipulated in the Constitution Article VIII Section 3.

2.3 Amendments shall become effective immediately unless a different time is specified.

2.4 The Commissioner shall provide copies of the revised Bylaws and/or Sports Operating Codes to all Conference Councils and Committees.

## ARTICLE XI: SPORTS OPERATING CODES

**Section 1 Adoption**

1.1 The Conference may adopt Sports Operating Codes by a majority vote of the Joint Council as defined in Constitution Article VIII Section 3.

1.2 Sports Operating Codes must be consistent with the intent of the Conference Constitution.

**Section 2 Amendments**

2.1 Amendments to the Sports Operating Codes may be proposed by any Conference Council or Committee as specified in Constitution Article IV.

2.2 Sports Operating Code amendments shall be made only at a regular or called meeting by a majority vote of the Joint Council as stipulated in the Constitution Article VIII Section 3.

## ARTICLE XII: STRATEGIC PLAN

**Section 1 Adoption**

1.1 The Conference will develop a Strategic Plan to provide structure and a sound business plan for the Conference. A majority vote of the Presidents Council, as defined in Article VIII Section 3, is required to adopt the plan.

1.2 The Strategic Plan must be consistent with the Conference Constitution.

**Section 2 Review and Modification**

2.1 The Conference Strategic Plan shall be maintained by the Conference Commissioner. The plan shall be on file in the Conference Office.

2.2 Progress on the Strategic Plan shall be reviewed at each Presidents Council meeting.

2.3 Modifications to the Strategic Plan may be proposed by any Conference Council or Committee as specified in Constitution Article IV.

2.4 Modifications to the Strategic Plan may be made by a majority vote of the Presidents Council as defined in Article VIII, Section 3.

## ARTICLE XIII: DISSOLUTION OF THE CONFERENCE

The Conference may be dissolved by a majority vote of the Presidents Council. Such vote may be taken only at the fall Conference meeting, to take effect the following July 1. Any debts that the Conference has accumulated in excess of its disposable assets shall be shared equally among its members. Remaining assets will be distributed in accordance with Constitution Article VI Section 3.