GREAT MIDWEST ATHLETIC CONFERENCE

**September 14, 2026**

Via Email

Cindy McKnight
Director of Athletics
Ursuline College

Re: Joint Council Meeting – Ursuline Participation

Dear Ms. McKnight and Counsel:

I write to confirm how Ursuline College will participate in the Joint Council meeting on September 15–16, 2026. This letter implements the Presidents Council's October 7, 2025 determination and the Conference's October 8, 2025 letter. It does not announce a new membership decision, terminate Ursuline, or treat Gannon University as a member of the Conference.

**October 7, 2025 protocol**

On October 7, 2025, the Presidents Council determined that the institution resulting from Ursuline's merger with Gannon would not meet the Conference's requirements for full membership. The Council granted a waiver of full-membership requirements for the 2026–27 academic year to permit an orderly transition. The Conference's October 8, 2025 letter communicated that determination and the manner in which Ursuline would participate in Conference meetings during that transition: attendance and participation, without a vote.

**Why that protocol applies this week**

Ursuline advised the Conference that the merger would close by June 30, 2026. It did not. It appears, however, that Ursuline has substantially transitioned into Gannon and has begun putting in place the governance structure the Presidents Council reviewed in 2025. Ursuline has already removed its independent President, Dr. David King. At the preliminary-injunction hearing, Ursuline and Gannon confirmed that Gannon's President, Dr. Walter Iwanenko, is now controlling Ursuline during this extended pre-closing period. In substance, the Pepper Pike campus is already being governed as an additional location of Gannon University—the post-merger structure the Presidents Council reviewed in October 2025. Those are conditions that Ursuline and Gannon chose and created themselves. They do not restore the independent President or Chancellor that Article IV, Section 1.1 of the Constitution requires of a full member. They do not make Gannon a member of the Conference. The delayed closing also does not require the Conference to treat a Gannon-controlled campus as if it were still Ursuline, as it existed before it began its merger transformation, or as if the Ursuline campus still had a President of its own.

**Joint Council this week**

Consistent with the Presidents Council's October 7, 2025 decision, Ursuline may attend the Joint Council meeting and participate in discussion of ordinary Conference business. Ursuline will not make or second motions and will not vote. Only Ursuline's own Athletic Director, Senior Woman Administrator, and Faculty Athletic Representative may occupy Ursuline's seats. Gannon personnel may not do so. Gannon is not, and has never been, a member of the Conference.

EXHIBIT
E

This treatment is limited to meeting participation during the 2026–27 transition year. It does not decide any question reserved to the Presidents Council, including any question the Council may take up at its October meeting.

Sincerely,

Thomas G. Daeger
Commissioner

cc: David Cupar, McDonald Hopkins
Matt Cavanagh, McDonald Hopkins
Todd Shumaker, Church Church Hittle + Atrim